**James Allen TERRY, Jr., Plaintiff–Appellee**

v.

**Cornel H. HUBERT, Warden of Elayn Hunt Correctional Center, Defendant–Appellant.**

No. 07–31018.

United States Court of Appeals, Fifth Circuit.

Oct. 10, 2008.

Shapiro & Shapiro, Baton Rouge, LA, Katharine Murphy Schwartzmann, ACLU of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Michael C. Keller, Office of the Attorney General for the State of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM: *

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

We AFFIRM the district court's ruling and REMAND for further proceedings, including discovery, responsive to Hubert's claims to qualified immunity.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

